UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

KENNETH F. WITTNEBEN          §
                             §
        Plaintiff.           §
                             §
VS.                          §      CIVIL ACTION NO. 3:18–CV–00174
                             §
NANCY A. BERRYHILL, ACTING    §
COMMISSIONER OF THE SOCIAL    §
SECURITY ADMINISTRATION       §
                             §
        Defendant.           §

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

On September 25, 2018, this case was referred to United States Magistrate Judge Andrew M. Edison. Dkt. 11. On March 12, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 21) recommending that Plaintiff, Kenneth Wittneben's Motion for Summary Judgment (Dkt. 15) be **GRANTED**; Defendant's Cross Motion for Summary Judgment (Dkt. 17) be **DENIED**; and the decision of the Administrative Law Judge be **REVERSED** and **REMANDED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1)     Judge Edison's Memorandum and Recommendation (Dkt. 21) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2)     Plaintiff, Kenneth Wittneben's Motion for Summary Judgment (Dkt. 15) is **GRANTED**;

(3)     Defendant's Cross Motion for Summary Judgment (Dkt. 17) is **DENIED**; and

(4)     The decision of the Administrative Law Judge is **REVERSED** and **REMANDED**.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 8th day of April, 2019.

George C. Hanks Jr.
United States District Judge