UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KENNETH F. WITTNEBEN | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18–CV–00174 |
| | § | |
| ANDREW SAUL,[1] | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

On September 25, 2018, this case was referred to United States Magistrate Judge Andrew M. Edison. Dkt. 11. On June 25, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 24) recommending that Plaintiff's Counsel's Unopposed Petition for Attorney Fees Under the Equal Access to Justice Act (Dkt. 23) be **GRANTED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

---

[1] On June 17, 2019, Andrew Saul became the Commissioner of Social Security ("Commissioner") and is automatically substituted as a party pursuant to Federal Rule of Civil Procedures 25(d).

(1) Judge Edison's Memorandum and Recommendation (Dkt. 24) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Counsel's Unopposed Petition for Attorney Fees Under the Equal Access to Justice Act (Dkt. 23) is **GRANTED**; and

(3) Plaintiff Kenneth Wittneben is **AWARDED** $8,137.60 in attorney's fees and $400.00 reimbursable costs from the Judgment Fund.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 9th day of August, 2019.

_____
George C. Hanks Jr.
United States District Judge